IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CHARLES WAYNE MARKT, | |
| Plaintiff, | 8:25CV218 |
| vs. | |
| THE CANNIBAS FACTORY LLC, | FINDINGS AND RECOMMENDATION |
| Defendant. | |

On June 2, 2025, the Court entered an Order, Filing No. 6, requiring Plaintiff to show cause on or before June 23, 2025 why his claims against The Cannibas Factory LLC should not be dismissed pursuant to NECivR. 41.2 for want of prosecution. The Court warned that the failure to timely comply with its Order may result in the dismissal of Plaintiff's claims against Defendant without further notice. Plaintiff has not responded to the show cause order. The undersigned now recommends the Court dismiss this action.

Accordingly,

IT IS RECOMMENDED to the Honorable John M. Gerrard, Senior United States District Judge,, United States District Judge, pursuant to 28 U.S.C. § 636(b), that Plaintiff's claims be dismissed for want of prosecution without further notice.

The parties are notified that failing to file an objection to this recommendation as provided in the local rules of this court may be held to be a waiver of any right to appeal the court's adoption of the recommendation.

Dated this 7th day of July, 2025.

BY THE COURT:

*s/ Jacqueline M. DeLuca*

United States Magistrate Judge