IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CHARLES WAYNE MARKT, | |
| Plaintiff, | 8:25-CV-218 |
| vs. | ORDER |
| THE CANNIBAS FACTORY, LLC, | |
| Defendant. | |

This matter is before the Court on the Magistrate Judge's findings and recommendation that this case be dismissed for want of prosecution. Filing 7. involuntary dismissal for failure to comply with the Court's order or failure to prosecute is within the Court's discretion. Fed. R. Civ. P. 41(b); *see Schooley v. Kennedy*, 712 F.2d 372, 373-74 (8th Cir. 1983). And there has been no objection to the findings and recommendation, meaning that the plaintiff has waived his right to *de novo* review. *See* 28 U.S.C. § 636(b)(1); NECivR 72.2; *United States v. Wise*, 588 F.3d 531, 537 n.5 (8th Cir. 2009). Accordingly,

IT IS ORDERED:

1. The Magistrate Judge's findings and recommendation (filing 7) are adopted.

2. The plaintiff's complaint is dismissed without prejudice.

3. A separate judgment will be entered.

Dated this 25th day of July, 2025.

BY THE COURT:

John M. Gerrard
Senior United States District Judge